**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2190 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 75 DB 2015 |
| | : | |
| v. | : | Attorney Registration No. 62923 |
| | : | |
| MARK B. PEDUTO, | : | (Allegheny County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of February, 2017, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and Mark B. Peduto is suspended on consent from the Bar of this Commonwealth for a period of three years, retroactive to July 16, 2015. He shall comply with all provisions of Pa.R.D.E. 217.

    Respondent shall pay the costs incurred by the Disciplinary Board in the investigation and prosecution of this matter.